**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

```
-----------------------------------------------------------------x
                                             :
In re:                                       :   Chapter 11
                                             :
HO WAN KWOK, et al.,¹                        :   Case No. 22-50073 (JAM)
                                             :
                 Debtors.                    :   (Jointly Administered)
                                             :
-----------------------------------------------------------------x
                                             :
LUC A. DESPINS, CHAPTER 11                   :
TRUSTEE,                                     :
                                             :
                                             :   Adv. Proceeding No. 24-05275 (JAM)
                 Plaintiff,                  :
v.                                           :
                                             :
                                             :
LAMP CAPITAL LLC, et al.,                    :
                                             :
                 Defendants.                 :
-----------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE REGARDING SUMMONS, COMPLAINT, AND NOTICE
OF APPLICABILITY OF AVOIDANCE ACTION PROCEDURES**

On February 15, 2024, Luc A. Despins, in his capacity as the chapter 11 trustee (the

"Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the

"Debtor"), filed his *Adversary Complaint* and certain exhibits thereto [Adv. Proc. ECF No. 1]

---

¹ The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

(collectively, the "<u>Complaint</u>") using the Court's case management/electronic case files system ("<u>CM/ECF</u>").

On February 27, 2024, the *Summons* [Adv. Proc. ECF. No. 3] (the "<u>Summons</u>") was filed via CM/ECF.

On February 29, 2024, the Trustee filed the *Notice of Applicability of Avoidance Action Procedures* [Adv. Proc. ECF No. 4] (the "<u>Procedures Notice</u>" and, together with the Complaint and the Summons, collectively, the "<u>Served Documents</u>") via CM/ECF.

The undersigned certifies that the Served Documents were served via Royal Mail Special Delivery on May 10, 2024 to defendant Hamilton Capital Holding Ltd as indicated on **<u>Exhibit A</u>**, attached hereto.

Dated: July 25, 2024                         LUC A. DESPINS,
       New Haven, Connecticut           CHAPTER 11 TRUSTEE

                                     */s/ Patrick R. Linsey*
                                       Patrick R. Linsey (ct29437)
                                       NEUBERT, PEPE & MONTEITH, P.C.
                                       195 Church Street, 13th Floor
                                       New Haven, Connecticut 06510
                                       (203) 781-2847
                                       plinsey@npmlaw.com

                                       *Counsel for the Chapter 11 Trustee*

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

-------------------------------------------------------

In re:

HO WAN KWOK, *et al.*,[1]

Debtors.

-------------------------------------------------------

LUC A. DESPINS, CHAPTER 11
TRUSTEE,

Plaintiff,

v.

LAMP CAPITAL LLC, *et al.*

Defendants.

-------------------------------------------------------

Chapter 11

Case No. 22-50073 (JAM)

(Jointly Administered)

Adv. Proceeding No. 24-05275 (JAM)

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 10, 2024, he had arranged through the postal service

trading as "Royal Mail Group Limited" ("**Royal Mail**") registered in the United Kingdom, to

deliver, copies of the complaint against the Defendant listed in *Schedule 1 (Defendant)*, together

with the applicable documents as listed in *Schedule 1 (Defendant)*, corresponding to the Defendant

(the "**Documents**"), via special delivery to their last known address within the United Kingdom.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

The undersigned confirms that, on that same date, Royal Mail collected the Documents from the offices of Paul Hasting (Europe) LLP, at their registered address of 100 Bishopsgate, London EC2N 4A, and duly circulated them in accordance with Part 6 and Practice Direction 6A of the Civil Procedure Rules to the listed addresses below in *Schedule 1 (Defendant)*.

Dated:

July 23, 2024
London, United Kingdom

By: _____

Name:        Gianmarco Selva

Business     Paul Hastings (Europe) LLP

Address:     100 Bishopsgate

London, EC2N 4AG

United Kingdom

Schedule 1 – Defendant

| Adversary Proceeding | Defendant | Registered Address/es | Documents |
|---|---|---|---|
| No: 24-05275 | Hamilton Capital Holding Ltd | Aurora House, 71-75 Uxbridge Road, London, W5 5SL | - Complaint<br>- Summons<br>- Notice of Applicability of Avoidance Action Procedures |